# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BONAPARTE,<br><br>        Petitioner,<br><br>   v.<br><br>PAUL COPENHAVER,<br><br>        Respondent. | Case No.  1:14-cv-00850-LJO-GSA-HC<br><br>ORDER GRANTING MOTION TO EXCEED PAGE LIMITS<br><br>(ECF No. 2) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On June 5, 2014, Petitioner filed a motion to exceed the page limitations on his petition for writ of habeas corpus.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Petitioner's motion to exceed the page limitations on his petition for writ of habeas corpus is granted.

IT IS SO ORDERED.

Dated:   **November 14, 2014**                    **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE